Matter of Eagle Ridge Hous. Partners v Town of Leray (2023 NY Slip Op 03616)

Matter of Eagle Ridge Hous. Partners v Town of Leray

2023 NY Slip Op 03616

Decided on June 30, 2023

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on June 30, 2023
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Fourth Judicial Department

PRESENT: WHALEN, P.J., LINDLEY, CURRAN, BANNISTER, AND GREENWOOD, JJ.

435 CA 22-01162

[*1]IN THE MATTER OF EAGLE RIDGE HOUSING PARTNERS, PETITIONER-APPELLANT,
v
TOWN OF LERAY, RESPONDENT-RESPONDENT. INDIAN RIVER CENTRAL SCHOOL DISTRICT, INTERVENOR-RESPONDENT. 

WOLFGANG & WEINMANN, BUFFALO (PETER A. WEINMANN OF COUNSEL), FOR PETITIONER-APPELLANT.
BARCLAY DAMON LLP, SYRACUSE (DEBRA C. SULLIVAN OF COUNSEL), FOR RESPONDENT-RESPONDENT. 
FERRARA FIORENZA PC, EAST SYRACUSE (JEFFREY M. LEWIS OF COUNSEL), FOR INTERVENOR-RESPONDENT.

 Appeal from an order of the Supreme Court, Jefferson County (James P. McClusky, J.), entered March 18, 2022, in a proceeding pursuant to RPTL article 7. The order dismissed the petitions for reductions of tax assessments. 
Now, upon reading and filing the stipulation of discontinuance signed by the attorneys for the parties on March 9 and 13, 2023,
It is hereby ORDERED that said appeal is unanimously dismissed without costs upon stipulation.
Entered: June 30, 2023
Ann Dillon Flynn
Clerk of the Court